### DONALD B. GATES *v.* CITY OF HARTFORD ET AL.
### (13530)

DUPONT, C. J., and O'CONNELL and LAVERY, Js.

Submitted on briefs December 9, 1994—decision released January 3, 1995

*Lawrence S. Dressler, Howard A. Lawrence* and *W. Paul Flynn* filed a brief for the appellant (plaintiff).

*Michael E. Satti* and *Ann M. Siczewicz* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.